# EXHIBIT B

Providence/Bristol County Superior Court

# Case Summary
### Case No. PC-2022-00335

| | | | | |
|---|---|---|---|---|
| **Dale Bond v. Lifespan Corporation et al.** | | § | Location: | **Providence/Bristol County Superior Court** |
| | | § | Filed on: | **01/18/2022** |

## Case Information

| | |
|---|---|
| Case Type: | Civil Rights/Job Discrimination |
| Case Status: | **01/18/2022   Unassigned** |
| Case Flags: | **Claim for Jury Trial** |

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Bond, Dale** | CASS, DAVID S.<br>*Retained* |
| **Defendant** | **Brown University** | Nerney, Rita E<br>*Retained* |
| | | EDWARDS, MITCHELL<br>*Retained* |
| | **Lifespan Corporation** | FOLGER-HARTWELL, JILLIAN<br>*Retained* |
| | | Shackleton, Julia Robbin<br>*Retained* |
| | **The Miriam Hospital** | FOLGER-HARTWELL, JILLIAN<br>*Retained* |
| | | Shackleton, Julia Robbin<br>*Retained* |
| | **Wing, Rena** | FOLGER-HARTWELL, JILLIAN<br>*Retained* |
| | | Shackleton, Julia Robbin<br>*Retained* |

## Case Events

| | |
|---|---|
| 01/18/2022 | Complaint Filed |
| 01/19/2022 | Summons |
| 02/02/2022 | Summons Returned Served |
| 02/02/2022 | Summons Returned Served |
| 02/02/2022 | Summons Returned Served |
| 02/02/2022 | Summons Returned Served |
| 02/03/2022 | Entry of Appearance |
| 02/03/2022 | Entry of Appearance |

Providence/Bristol County Superior Court

## Case Summary
### Case No. PC-2022-00335

| Date | Document |
|---|---|
| 02/09/2022 | Extension Of Time |
| 02/15/2022 | Answer Filed |
| 03/17/2022 | Motion to Dismiss |
| 03/17/2022 | Memorandum in Support of Motion to Dismiss |
| 03/25/2022 | Omnibus Form |
| 04/22/2022 | Rule 7 Motion to Amend Complaint |
| 04/22/2022 | Objection to Motion |
| 04/22/2022 | Memorandum in Oppositon to Motion to Dismiss |
| 05/02/2022 | Response to Motion Filed |
| 05/03/2022 | Entry of Appearance |
| 05/03/2022 | Proposed Order (Rule of Court) |
| 05/06/2022 | Order Motion to Amend Complaint |
| 05/09/2022 | Stipulation Filed Extension of Time |
| 05/16/2022 | Answer to Amended Complaint |
| 06/03/2022 | Answer to Amended Complaint |
| 01/18/2023 | Rule 7 Motion to Amend Complaint |
| 02/01/2023 | Proposed Order (Rule of Court) |
| 02/07/2023 | Order Motion to Amend Complaint |
| 02/13/2023 | Answer to Amended Complaint |

### Hearings

05/05/2022
**Rule 7 Hearing on Motion to Amend Complaint**  (9:30 AM)  (Judicial Officer: Cruise, Associate Justice David)
    *Granted Under Rule of Court*

06/21/2022
*CANCELED* **Hearing on Motion to Dismiss**  (9:30 AM)  (Judicial Officer: Cruise, Associate Justice David)
    *Passed*

02/02/2023
**Rule 7 Hearing on Motion to Amend Complaint**  (9:30 AM)  (Judicial Officer: McHugh, Associate Justice Kevin F.)
    *Granted Under Rule of Court*

### Financial Information

Providence/Bristol County Superior Court

## Case Summary
### Case No. PC-2022-00335

| | | | |
|---|---|---|---|
| **Plaintiff** | Bond, Dale | | |
| | Total Financial Assessment | | 180.75 |
| | Total Payments and Credits | | 180.75 |
| | **Balance Due as of 2/24/2023** | | **0.00** |
| 01/18/2022 | Transaction Assessment | | 180.75 |
| 01/18/2022 | Electronic Payment | Receipt # SCP-2022-000879 | (180.75) |