UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DALE BOND<br><br>vs.<br><br>LIFESPAN CORPORATION; THE MIRIAM HOSPITAL; BROWN UNIVERSITY; and RENA WING | C.A. No. 1:23-cv-00081-JJM-LDA |

## **JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Dale Bond and Defendant Brown University hereby stipulate and agree that all claims asserted in this action between Plaintiff Dale Bond and Defendant Brown University are hereby dismissed with prejudice, no costs, and no attorneys' fees to either party.

| Plaintiff DALE BOND | Defendant BROWN UNIVERSITY |
|---|---|
| By his Attorneys, | By its Attorney, |
| */s/ David S. Cass*<br>David S. Cass (#5044)<br>One Davol Square, 4th Floor<br>Providence, RI  02903<br>T: (508) 889-2674 / F: (401) 272-2708<br>david@davidcasslaw.com | */s/ Mitchell R. Edwards*<br>Mitchell R. Edwards (# 6942)<br>Hinckley, Allen & Snyder LLP<br>100 Westminster Street, Suite 1500<br>Providence, Rhode Island  02903<br>T:  (401) 274-2000 / F:  (401) 277-9600<br>medwards@hinckleyallen.com |

*/s/ Christine L. Marinello*
Christine L. Marinello (# 6191)
650 Ten Rod Road
North Kingstown, Rhode Island  02852
T:  (401) 757-3968
F:  (888) 851-0578
cm@cmlawri.com

DATED:  August 2, 2023

## CERTIFICATE OF SERVICE

     I hereby certify that on August 2, 2023, a copy of the foregoing was filed and served through the electronic filing system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  The document electronically filed and served is available for viewing and/or downloading from the Electronic Filing System.

                                                    */s/ Mitchell R. Edwards*