UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DALE BOND,<br><br>    PLAINTIFF,<br><br>  v.<br><br>LIFESPAN CORPORATION[1], THE MIRIAM HOSPITAL, BROWN UNIVERSITY, AND RENA WING,<br><br>    DEFENDANTS. | C. A. NO.  23-CV-00081-JJM-LDA |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Dale Bond and Defendants Lifespan Corporation, The Miriam Hospital, and Rena Wing, by their undersigned counsel, stipulate that this action is hereby dismissed, with prejudice.  Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| DALE BOND, | LIFESPAN CORPORATION, THE MIRIAM HOSPITAL and RENA WING, |
| /s/ Christine L. Marinello<br>Christine L. Marinello (#6191)<br>650 Ten Rod Road<br>North Kingstown, RI 02852<br>(401) 757-3968<br>(888) 851-0578 (facsimile)<br>cm@cmlawri.com | /s/ Jillian Folger-Hartwell<br>Jillian Folger-Hartwell (#6970)<br>Julia R. Shackleton (#10015)<br>Littler Mendelson, P.C.<br>One Financial Plaza, Suite 2205<br>Providence, RI 02903<br>(401) 824-2500<br>(401) 454-2969 (facsimile)<br>jfolgerhartwell@littler.com<br>jshackleton@littler.com |

---

[1] Lifespan Corporation was at no time Plaintiff's employer and is an improperly named party to this matter.

*/s/ David S. Cass*
David S. Cass (#5044)
One Davol Square, 4th Floor
Providence, RI 02903
(508) 889-2674
(401) 272-2708 (facsimile)
david@davidcasslaw.com

## CERTIFICATE OF SERVICE

      I, Jillian S. Folger-Hartwell, hereby certify that on the 8th day of September, 2023, the foregoing document was filed and served through the electronic filing system on the following parties. The document electronically filed and served is available for viewing and/or downloading from the Court's CM/ECF Electronic Filing System.

Christine L. Marinello, Esq.
650 Ten Rod Road
North Kingstown, RI  02852
cm@cmlawri.com

David S. Cass, Esq.
One Davol Square, 4th floor
Providence, RI  02903
david@davidcasslaw.com

Mitchell R. Edwards, Esq.
Rita E. Nerney, Esq.
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI  02903
medwards@hinckleyallen.com
rnerney@hinckleyallen.com

                                                               */s/ Jillian S. Folger-Hartwell*
                                                               Jillian S. Folger-Hartwell